UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROCK VAULT TOURS, INC., )
    Plaintiff, ) Case No. 2:15-cv-01863-JCM-GWF
)
vs. ) **ORDER**
)
JOHN PAYNE, )
)
    Defendant. )

  This matter is before the Court on Plaintiff's Motion to Seal (#3) filed September 28, 2015. Also before the Court are Defendant's Motion to Seal (10), filed November 2, 2015. No oppositions have been filed to date.

  Also before the Court is Plaintiff's Motions to Seal (#15 and 16) filed November 19, 2015. Upon review and consideration,

  **IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (#3) is **granted**. The redacted portions of the Complaint (Docket #1) and Exhibit A to the Complaint (Docket #2) are to remain under seal.

  **IT IS FURTHER ORDERED** that Defendant's Motion to Seal (10) is **granted**. The redacted portions of Defendant's Motion to Dismiss (Docket #9) are to remain under seal.

  **IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (#15) is **granted**. The redacted portions of Plaintiff's Response Motion to Dismiss (Docket #13) are to remain under seal.

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (#16) is **granted**. The redacted portions of Plaintiff's Motion to Seal (#Docket 15) are to remain under seal.

DATED this 23rd day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge