UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCK VAULT TOURS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-01863-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN PAYNE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Seal Reply to Opposition to Defendant's Motion to Dismiss for Lack of Standing and Pursuant to FRCP 12(B)(6), or in the Alternative, Motion for Summary Judgment (Dkt. #20), filed on November 30, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion to Seal Reply to Opposition to Defendant's Motion to Dismiss for Lack of Standing and Pursuant to FRCP 12(B)(6), or in the Alternative, Motion for Summary Judgment (Dkt. #20) is **granted**. The redacted portions of Defendant's Reply to Opposition to Defendant's Motion to Dismiss (Dkt. #19) are to remain under seal.

DATED this 2nd day of December, 2015.

_____
**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**