1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

7    ROCK VAULT TOURS, INC.,                    )

8                              Plaintiff,        )        Case No. 2:15-cv-01863-JCM-GWF

                                                 )

9    vs.                                         )        **ORDER**

                                                 )

10   JOHN PAYNE,                                 )        **Motion for Leave to File Surreply**

                                                 )        **(#22)**

11                                               )

                             Defendant.          )

12   _____    )

13          This matter is before the Court on Plaintiff Rock Vault Tours, Inc.'s Motion for Leave to

14   File Surreply (#22), filed on December 8, 2015.  Defendant, John Payne, filed his Opposition (#23)

15   on December 8, 2015.  Thereafter, Plaintiff filed its Reply (#26) on December 9, 2015.

16          Also before the Court is Defendant's Motion to Strike Plaintiff's Surreply in Opposition to

17   Defendant's Motion to Dismiss (#25).

18          Plaintiff requests that it be allowed to file a three (3) page surreply in response to an alleged

19   new argument raised in Defendant's Reply to Plaintiff's Opposition to his Motion to Dismiss (#19).

20   Specifically, Plaintiff objects to Defendant's argument that Plaintiff only has a non-exclusive

21   license, and as such does not have standing to bring a cause of action for copyright infringement.

22   Defendant asserts that his Reply (#19) merely expands on this argument, which he claims was raised

23   in his Motion to Dismiss (#10).  Rather, Defendant represents that he only cited additional authority

24   in his Reply (#19) in support of that argument.  The Court finds that the arguments addressed in

25   Defendant's Reply (#19) were not adequately developed in his Motion to Dismiss (#10).

26   Accordingly,

27          **IT IS HEREBY ORDERED** that Plaintiff Rock Vault Tours, Inc.'s Motion for Leave to

28   File Surreply (#22) is **granted**.  Plaintiff  may file a three (3) page surreply that addresses

1  Defendant's argument that Plaintiff only has a non-exclusive license, and as such does not have

2  standing to bring a cause of action for copyright infringement.

3      **IT IS FURTHER ORDERED** that Defendant, John Payne, may file a three (3) page

4  response to Plaintiff's surreply within the time prescribed by the Federal Rules of Civil Procedure.

5      **IT IS FURTHER ORDERED** that Defendant's Motion to Strike Plaintiff's Surreply in

6  Opposition to Defendant's Motion to Dismiss (#25) is **denied**.

7      DATED this 17th day of December, 2015.

8

9                     _George Foley Jr._____

10                     GEORGE FOLEY, JR.
                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28